# Beeson *v.* Moore,

*Action for Deceit in Sale of Chattels.*

[Decided February 13, 1902.]

1.  *Competency of witness; belief in God.*—One who believes in God
    and that "all the punishment a man gets is in this world,"
    but does not believe in rewards and punishments after death.
    is a competent witness.

APPEAL from Jackson Circuit Court.
Tried before Hon. A. H. ALSTON.
Action for damages for deceit in sale of chattel.

R. W. CLOPTON, for appellant, cited 1 Greenleaf on
Ev. § 370, 418; 29 Am. & Eng. Ency. Law, pp. 616, 617;
*Porter v. Cotney,* 3 Ala. 315; 8 L. R. A. 837.

JOHN B. TALLY, *contra,* cited *Blocker v. Burness,* 2
Ala. CED; *Porter v. Cotney,* 3 Ala. 314; *State v. Wash-
ington,* 42 L. R. A. 553.

McCLELLAN, C. J.—The competency of Beeson, the
plaintiff, as a witness was challenged by the defendant.
The *onus* was on the defendant to support his chal-
lenge—to show that Beeson was not competent.  To this
end it was shown that Beeson believed in God but did
not believe in rewards and punishments after death:
His belief was "that all the punishment a man gets is
in this world."  It will suffice for the disposition of
this case to say that under the strictest view of the law
on this subject that has ever obtained in Alabama the
witness was not shown to be incompetent.  He was ex-
cluded because he did not believe in an existence after
death and rewards and punishments. in that existence
for the good and evil done in this; and that was error.
*Blocker v. Burness,* 2 Ala. 354; *Porter v. Cotney,* 3 Ala.
314.  We need not declare what our ruling would be

had it been shown that the proposed witness did not be-
lieve in divine punishments either in this world or the
next.

Reversed and remanded.